IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LAODE NASIRUN,

    Plaintiff,

v.                                                                                  4:24cv288–WS/MAF

LATANYA SAILOR,
NAOMI PARKER,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 17) docketed November 13, 2024. The magistrate judge recommends that this case be dismissed for failure to state a claim upon which relief may be granted. Plaintiff has filed no objections to the report and recommendation.

Having reviewed the record, the undersigned finds—as did the magistrate judge—that Plaintiff's claims are due to be dismissed pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 17) is ADOPTED and incorporated by reference into this order.

2. Plaintiff's complaint and this action are hereby DISMISSED pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) for failure to state a claim.

3. The clerk shall enter judgment stating: "All claims are dismissed."

4. The clerk shall close the case.

DONE AND ORDERED this   17th   day of   December  , 2024.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE